UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ESQUIVEL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRESNO COUNTY DEPARTMENT OF SOCIAL SERVICES,<br><br>　　　　　Respondent. | Case No.　1:22-cv-00001-DAD-EPG<br><br>ORDER REQUIRING SERVICE OF AMENDED PETITION<br><br>(ECF No. 10) |

　　　　Petitioner Crystal Esquivel filed this petition against Respondent "State of California Department of Social Services" on December 28, 2021, seeking review of claims concerning the Indian Child Welfare Act and Petitioner's parental rights. (ECF No. 1). To date the State of California Department of Social Services has not appeared.

　　　　On March 15, 2022, Petitioner filed an amended petition, raising the same claims against Respondent "Fresno County Department of Social Services," who has yet to appear in this action. (ECF No. 10). Additionally, Plaintiff has filed a proof of service of the amended petition, stating that it was delivered pursuant to Federal Rule of Civil Procedure 5(b), which governs the methods of service of filings, including pleadings filed after the original complaint. (ECF No. 11).

　　　　Here, the Court is not in a position to determine if Respondent Fresno County Department of Social Services is a new entity or alternate name for Respondent State of California Department of Social Services, who was previously named and purportedly served. (*See* ECF

Nos. 1, 7). In an abundance of caution, the Court will direct Plaintiff to serve Respondent Fresno County Department of Social Services under Federal Rule of Civil Procedure 4. *See Bricklayers & Allied Craftworkers Loc. Union No. 3 v. Palomino*, No. C09-01589-CW DMR, 2010 WL 2219595, at *3 (N.D. Cal. June 2, 2010) ("[W]here a defendant has not made an appearance, Rule 5(a)(2) specifically applies to service of an amended complaint."); Fed. R. Civ. P. 5(a)(2), ("No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.").

Accordingly, IT IS ORDERED as follows:

1. Plaintiff is directed to serve Respondent Fresno County Department of Social Services under Federal Rule of Civil Procedure 4 with the amended petition (ECF No. 10) within thirty (30) days of the entry of this order;[1] and
2. Unless otherwise inapplicable, proof of service must be filed in accordance with Federal Rule of Civil Procedure 4(l).

IT IS SO ORDERED.

Dated: __**March 16, 2022**__          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] If Petitioner needs more than thirty days to serve Respondent, Petitioner may file a motion with a proposed new deadline.

2