UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ESQUIVEL,<br><br>  Petitioner,<br><br>  v.<br><br>FRESNO COUNTY DEPARTMENT OF SOCIAL SERVICES,<br><br>  Respondent. | No.  1:22-cv-00001-DAD-EPG<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion to dismiss filed by respondent on April 20, 2022 (Doc. No. 14) is hereby referred to United States Magistrate Judge Erica P. Grosjean for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).  Accordingly, the hearing on the motion set for June 3, 2022 before the undersigned is hereby vacated and a new hearing date will be set by way of minute order by the assigned magistrate judge if found to be appropriate.

IT IS SO ORDERED.

Dated:   **April 22, 2022**                                  _Dale A. Drozd_
                                                                            UNITED STATES DISTRICT JUDGE

1