IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ESQUIVEL,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>FRESNO COUNTY DEPARTMENT OF SOCIAL SERVCIES<br><br>　　　　　　　Respondent. | Case No. 1:22-cv-00001 DAD-EPG<br><br>ORDER REGARDING STIPULATION<br><br>(ECF No. 21) |

  On June 7, 2022, the parties filed a stipulation, in which Respondent Fresno County Department of Social Services agreed to waive personal service of the summons and Petitioner's Amended Memorandum in Support of Petition for Review, and/or Evidentiary Hearing, Regarding Violation of the Indian Child Welfare Act (ICWA) (ECF No. 10) and to withdraw its pending motion to dismiss (ECF Nos. 14 (initial motion) 17 (amended motion)) and the parties further stipulation that Respondent Fresno County Department of Social Services shall have until August 1, 2022, to file a responsive pleading. (ECF No. 21).

  Pursuant to the parties' stipulation (ECF No. 21), IT IS ORDERED as follows:

1. The Clerk of Court is directed to term as withdrawn the motion to dismiss (ECF Nos. 14 (initial motion) 17 (amended motion)) filed by Respondent Fresno County Department of Social Services;

2. In light of the withdrawn motion to dismiss, the hearing set for July 1, 2022, is vacated; and

3. The deadline for Respondent Fresno County Department of Social Services to file an answer or other responsive pleading to Petitioner's Amended Memorandum in Support of Petition for Review, and/or Evidentiary Hearing, Regarding Violation of the Indian Child Welfare Act (ICWA) is extended to, and including, August 1, 2022.

IT IS SO ORDERED.

Dated:   **June 8, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE