## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **CRYSTAL ESQUIVEL,** |  |
|  | CASE NO: **1:22–CV–00001–EPG** |
| v. |  |
| **FRESNO COUNTY DEPARTMENT OF SOCIAL SERVICES,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/30/2022**


                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **November 30, 2022**

                                  by: /s/ C. Maldonado
                                                Deputy Clerk